IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARREN L. CEPHAS | : | CIVIL ACTION |
| v. | : | |
| WARDEN FRANK GREEN, et al. | : | NO. 12-5647 |

## O R D E R

AND NOW, this 23rd day of January, 2013, upon consideration of plaintiff's amended complaint, IT IS ORDERED that:

1. Plaintiff's amended complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons discussed in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_/s/_ MITCHELL S. GOLDBERG, J.